AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 20, 2025**

SEAN F. McAVOY, CLERK

BARBARA B.,

)
)
*Plaintiff*                      )
v.                          )     Civil Action No.   4:24-CV-5091-TOR
LELAND DUDEK, Acting Commissioner of Social     )
Security,                     )

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Opening Brief, ECF No. 11, is DENIED.
The Commissioner's Brief, ECF No. 15, is GRANTED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge     Thomas O. Rice_____

Date:  3/20/2025_____

CLERK OF COURT

SEAN F. McAVOY_____

s/ Lee Reams_____
*(By) Deputy Clerk*

Lee Reams_____